IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00246-ZLW

RICK L. ZIMMERMAN,

    Plaintiff,

v.

JUDGE RANDALL C. ARP, in his personal capacity;
THE CIT GROUP, INC.;
THE CIT GROUP/CONSUMER FINANCE, INC;
JEFFREY M. PEEK, in his personal capacity and in his capacity as Chief Executive Officer and Chairman of CIT Group, Inc.;
ROY STRINGFELLOW, in his personal capacity and in his capacity as Vice President of CIT GROUP/Consumer Finance Inc.;
JOHN A. LOBUS; and
THE LAW FIRM OF JOHN A. LOBUS,

    Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: February __21__, 2008


    It is ORDERED that Defendant Judge Arp's Unopposed Motion To Stay Or Extend Time To Respond To The Complaint Pending Order To Show Cause (Doc. No. 4; Feb. 20, 2008) and the Unopposed Motion Of Defendants John A. Lobus And The Law Firm Of John A. Lobus P.C. For An Order Staying Or Extending The Time To Respond To Plaintiff's Complaint Pending Determination Of Order To Show Cause (Doc. No. 6; Feb. 21, 2008) are granted up to and including ten days after the Court discharges its Order To Show Cause (Doc. No. 2). It is

FURTHER ORDERED that this extension of time shall apply to all Defendants. It is

FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words.