IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00246-ZLW

RICK L. ZIMMERMAN,

    Plaintiff,

v.

THE CIT GROUP, INC.;
THE CIT GROUP/CONSUMER FINANCE, INC;
JEFFREY M. PEEK, in his personal capacity and in his capacity as Chief Executive Officer and Chairman of CIT Group, Inc.;
ROY STRINGFELLOW, in his personal capacity and in his capacity as Vice President of CIT GROUP/Consumer Finance Inc.;
JOHN A. LOBUS; and
THE LAW FIRM OF JOHN A. LOBUS,

    Defendants.

_____

**ORDER**
_____

The matter before the Court is Plaintiff's Motion For Entry Of Default And For Default Judgment Pursuant To F.R.C.P. Rule 55(a) (Doc. No. 20) and Plaintiff's Motion For Entry Of Default Judgment Pursuant To F.R.C.P. Rule 55(a) (Doc. No. 21). These motions were referred to Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C.COLO.LCivR 72.1C. On April 11, 2008 the Magistrate Judge issued her Recommendation that both motions be denied. Neither party filed objections to the Recommendation.

As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation in its entirety. Accordingly, it is

ORDERED that Plaintiff's Motion For Entry Of Default And For Default Judgment Pursuant To F.R.C.P. Rule 55(a) (Doc. No. 20; Apr. 2, 2008) is denied. It is

FURTHER ORDERED that Plaintiff's Motion For Entry Of Default Judgment Pursuant To F.R.C.P. Rule 55(a) (Doc. No. 21; Apr. 2, 2008) is denied.

DATED at Denver, Colorado, this  7th  day of May, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court